# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
General Population DOC No. 424229
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: July 17, 2013**

**Docket Number: 13   00503-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Evangeline Parish Case No. 58521-FA**

**<u>BEFORE JUDGES</u>:**

    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

    **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent